UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-24172-MOORE/ELFENBEIN

JPMORGAN CHASE BANK, N.A.,   )
                              )
    Plaintiff,            )
                              )
v.                            )
                              )
RISKBOSS MUSIQ, LLC,          )
                              )
    Defendant.            )
_____)

**PLAINTIFF'S NOTICE OF FILING EXHIBIT A TO ITS RESPONSE
IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**

Plaintiff JPMorgan Chase Bank, N.A. hereby gives notice of filing Exhibit A to its Response in Opposition to Defendant's Motion to Dismiss [ECF No. 10]. Exhibit A was inadvertently omitted from the filing.

Dated: December 18, 2024

                                                  Respectfully submitted,

                                                  */s/ Mark A. Salky*
                                                  Mark A. Salky
                                                  Florida Bar No. 58221
                                                  **GREENBERG TRAURIG, P.A.**
                                                  333 SE 2nd Avenue
                                                  Miami, Florida 33131
                                                  Tel: (305) 579-0500
                                                  Fax: (305) 579-0717
                                                  Email: Mark.Salky@gtlaw.com

                                                  ***Attorney for Plaintiff JPMorgan Chase Bank, N.A.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 18, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which provides notice to counsel of record.

*/s/Mark A. Salky*
Mark A. Salky
