# **<u>Exhibit A</u>**

12/11/24, 2:28 PM  Case 1:24-cv-24172-KMM    Document 11-1    Entered on FLSD Docket 12/18/2024    Page 2 of 3
Detail by Entity Name

DIVISION OF CORPORATIONS



# Detail by Entity Name

Florida Limited Liability Company
RISKBOSS MUSIQ, LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L23000279990 |
| **FEI/EIN Number** | 93-1842129 |
| **Date Filed** | 06/09/2023 |
| **Effective Date** | 06/09/2023 |
| **State** | FL |
| **Status** | ACTIVE |

## Principal Address

55 NE 5TH ST
SUITE 2105
MIAMI, FL 33132

## Mailing Address

55 NE 5TH ST
SUITE 2105
MIAMI, FL 33132

## Registered Agent Name & Address

HENRY, RYAN A
55 NE 5TH ST
SUITE 2105
MIAMI, FL 33132

## Authorized Person(s) Detail

**Name & Address**

Title AMBR

HENRY, RYAN A
55 NE 5TH ST SUITE 2105
MIAMI, FL 33132

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2024 | 04/27/2024 |

## Document Images

| | |
|---|---|
| 04/27/2024 -- ANNUAL REPORT | View image in PDF format |
| 06/09/2023 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations